IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DEE'ANGELO LAMAR GATHRITE,**<br>Plaintiff,<br>**v.**<br>**F. COVARRUBIAS, et al.,**<br>Defendant. | Case No. 3:26-cv-02542-CRB<br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**<br>Judge: Hon. Charles R. Breyer<br>Trial Date: Not Set<br>Action Filed: March 19, 2026 |

Before the Court is Defendant's administrative motion under Local Rules 6-3 and 7-11 to change their time to file a motion for summary judgment. Good cause appearing, the motion is **GRANTED.**

Defendant's motion for summary judgment is due **no later than November 20, 2026**. Plaintiff's opposition to Defendant's motion shall be filed and served on Defendant **no later than twenty-eight (28) days** from the date their motion is filed. Defendant's reply shall be filed **no later than fourteen (14) days** from the date Plaintiff's opposition is filed.

**IT IS SO ORDERED.**

Dated:

Hon. Charles R. Breyer
United States Senior District Judge